*Richard Hustad Miller*, special public defender, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided September 27, 2000

## STATE OF CONNECTICUT *v.* ALLEN WILLIAMS

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Del Atwell*, special public defender, in support of the petition.

*Nancy L. Chupak*, deputy assistant state's attorney, in opposition.

Decided September 27, 2000

## STATE OF CONNECTICUT *v.* KENNETH LAMBERT

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Cheryl E. Heffernan*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.

Decided September 27, 2000